# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

NEUROSURGICAL MEDICAL CLINIC,

Plaintiff,

v.

RENE SANCHEZ-MEJIA, M.D., et al.,

Defendants.

Case No.:  19-CV-1342 W (MSB)

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 18]**

Parties have submitted an Amended Joint Motion to Dismiss with Prejudice.  [Doc. 18.]   Good cause appearing, the Court **GRANTS** the joint motion.   The action is **DISMISSED WITH PREJUDICE**.   The Joint Motion to Dismiss with Prejudice and Retain Jurisdiction is **DENIED AS MOOT**.   [Doc. 17.]   All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  February 4, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1